# ATTACHMENT A

## ACCOUNTS

ALL ASSETS HELD IN THE FOLLOWING ACCOUNTS AND ALL INTEREST, BENEFITS, OR ASSETS TRACEABLE THERETO:

1.     Moneybookers account: moneybookers@megaupload.com (account #4964059) with a current approximate balance of €67,545.85;

2.     HSBC Bank Australia Limited bank account #11192937118 AUD (Premier account), #094491560087 AUD (Serious Saver account) and #002950681116 all in the name of Mathias Ortmann;

3.     PayPal, Inc., account of Megaupload: paypal@megaupload.com ( account #2094224549064053152);

4.     PayPal, Inc., account of Sven Echternach: sven@sectravel.com (account #2060399461350034133); sven@sven.com (account #1499651333470212642); and paypal@sectravel.com (account #1733378795810505763);

5.     PayPal, Inc., account of Kim Dotcom: kim@ultimaterally.com;

6.     PayPal, Inc., account of Bram van der Kolk: bramos@bramos.nl;

7.     $31,231.67 seized from Citibank, N.A. account number 3200643053 in the name of Megacard, Inc.;

8.     $14,972.57 seized from Citibank, N.A. account number 3200643066 in the name of Megasite, Inc.

9.     60 Servers Purchased from Leaseweb described as follows:

1. 1 DELL SERVER ID 39544, **Serial Number:** BP1365J
2. 1 DELL SERVER ID 39534, **Serial Number:** GQ1365J
3. 1 DELL SERVER ID 39545, **Serial Number:** FQ1365J
4. 1 DELL SERVER ID 39536, **Serial Number:** 7R1365J
5. 1 DELL SERVER ID 39515, **Serial Number:** 4Q1365J
6. 1 DELL SERVER ID 39565, **Serial Number:** 8J1365J
7. 1 DELL SERVER ID 39513, **Serial Number:** 2R1365J
8. 1 DELL SERVER ID 39548, **Serial Number:** 2K1365J
9. 1 DELL SERVER ID 39543, **Serial Number:** HP1365J
10. 1 DELL SERVER ID 39540, **Serial Number:** 9R1365J
11. 1 DELL SERVER ID 39542, **Serial Number:** 3P1365J
12. 1 DELL SERVER ID 39550, **Serial Number:** BJ1365J
13. 1 DELL SERVER ID 39541, **Serial Number:** 5R1365J
14. 1 DELL SERVER ID 39508, **Serial Number:** 3R1365J
15. 1 DELL SERVER ID 39507, **Serial Number:** HQ1365J

16. 1 DELL SERVER ID 39525, **Serial Number:** 5Q1365J
17. 1 DELL SERVER ID 39535, **Serial Number:** 2Q1365J
18. 1 DELL SERVER ID 39566, **Serial Number:** 3K1365J
19. 1 DELL SERVER ID 39559, **Serial Number:** DJ1365J
20. 1 DELL SERVER ID 39516, **Serial Number:** 4R1365J
21. 1 DELL SERVER ID 39549, **Serial Number:** 7J1365J
22. 1 DELL SERVER ID 39527, **Serial Number:** 6P1365J
23. 1 DELL SERVER ID 39526, **Serial Number:** 7P1365J
24. 1 DELL SERVER ID 39564, **Serial Number:** 4J1365J
25. 1 DELL SERVER ID 39558, **Serial Number:** GJ1365J
26. 1 DELL SERVER ID 39546, **Serial Number:** 5P1365J
27. 1 DELL SERVER ID 39514, **Serial Number:** 4P1365J
28. 1 DELL SERVER ID 39557, **Serial Number:** 4K1365J
29. 1 DELL SERVER ID 39551, **Serial Number:** 9J1365J
30. 1 DELL SERVER ID 39506, **Serial Number:** 9P1365J
31. 1 DELL SERVER ID 39510, **Serial Number:** 8Q1365J
32. 1 DELL SERVER ID 39562, **Serial Number:** HJ1365J
33. 1 DELL SERVER ID 39553, **Serial Number:** 6J1365J
34. 1 DELL SERVER ID 39537, **Serial Number:** BQ1365J
35. 1 DELL SERVER ID 39533, **Serial Number:** DP1365J
36. 1 DELL SERVER ID 39517, **Serial Number:** 1R1365J
37. 1 DELL SERVER ID 39522, **Serial Number:** J91365J
38. 1 DELL SERVER ID 39529, **Serial Number:** 3Q1365J
39. 1 DELL SERVER ID 39538, **Serial Number:** 2P1365J
40. 1 DELL SERVER ID 39560, **Serial Number:** JJ1365J
41. 1 DELL SERVER ID 39512, **Serial Number:** CP1365J
42. 1 DELL SERVER ID 39547, **Serial Number:** 5J1365J
43. 1 DELL SERVER ID 39509, **Serial Number:** FP1365J
44. 1 DELL SERVER ID 39521, **Serial Number:** DQ1365J
45. 1 DELL SERVER ID 39539, **Serial Number:** 3Q1365J
46. 1 DELL SERVER ID 39556, **Serial Number:** FJ1365J
47. 1 DELL SERVER ID 39563, **Serial Number:** 6K1365J
48. 1 DELL SERVER ID 39532, **Serial Number:** 7Q1365J
49. 1 DELL SERVER ID 39511, **Serial Number:** JQ1365J
50. 1 DELL SERVER ID 39520, **Serial Number:** 8R1365J
51. 1 DELL SERVER ID 39554, **Serial Number:** CJ1365J
52. 1 DELL SERVER ID 39524, **Serial Number:** 9K1365J
53. 1 DELL SERVER ID 39528, **Serial Number:** GP1365J
54. 1 DELL SERVER ID 39561, **Serial Number:** 5K1365J
55. 1 DELL SERVER ID 39552, **Serial Number:** 1K1365J
56. 1 DELL SERVER ID 39518, **Serial Number:** 1Q1365J
57. 1 DELL SERVER ID 39519, **Serial Number:** 6R1365J
58. 1 DELL SERVER ID 39555, **Serial Number:** 7K1365J
59. 1 DELL SERVER ID 39523, **Serial Number:** 8P1365J
60. 1 DELL SERVER ID 39530, **Serial Number:** 6Q1365J

10. The following domain names:  Megastuff.co; Megaworld.com; Megaclicks.co; Megastuff.info; Megaclicks.org; Megaworld.mobi; Megastuff.org; Megaclick.us; Megaclick.com; HDmegaporn.com; Megavkdeo.com; Megaupload.com; Megaupload.org; Megarotic.com; Mageclick.com; Megavideo.com; Megavideoclips.com; Megaporn.com.