IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL ASSETS IN AUSTRALIA AND ELSEWHERE LISTED IN ATTACHMENT A, AND ALL INTEREST, BENEFITS, AND ASSETS TRACEABLE THERETO,<br><br>Defendants *in Rem.* | Civil Action No.: 1:15-cv-1106<br><br>The Honorable Liam O'Grady |

## REQUEST FOR ENTRY OF DEFAULT

To:   Clerk of Court

Plaintiff, United States of America, hereby requests the entry of default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against the defendant assets as the claims to these assets filed by Kim Dotcom, Mathias Ortmann, Megamedia Limited, Megarotic Limited, Megaupload Limited, and Megavideo Limited have been stricken by this Court and all other potential claimants claiming an interest have failed to plead or otherwise defend.   A declaration in support of this request is attached hereto.

Respectfully submitted,

Dana J. Boente
United States Attorney

By:            /s/
Karen Ledbetter Taylor
Assistant United States Attorney
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700, Fax: (703) 299-3982
Email: Karen.Taylor2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                                /s/
Karen Ledbetter Taylor
Assistant United States Attorney
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703/299-3700
Fax: 703/299-3982
Email Address: Karen.Taylor2@usdoj.gov