**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| United States of America ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:15cv1106 |
| All Assets in Australia and Elsewhere ) | |
| Listed in Attachment A, and All Interest, ) | |
| Benefits, and Assets Traceable Thereto, ) | |
| Defendants in Rem ) | |

### ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and the declaration of Karen Ledbetter Taylor, counsel of record for plaintiff, the Clerk of this Court does hereby enter the default against the defendant assets as the claims to these assets filed by Kim Dotcom, Mathias Ortmann, Megamedia Limited, Megarotic Limited, Megaupload Limited, and Megavideo Limited have been stricken by this Court and all other potential claimants claiming an interest have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT

By: _____/s/_____
Kathy Lau
DEPUTY CLERK

Dated:  1/16/18